Paul Cain 68956
P.O. Box 520
Santa Rosa, NM 88435
September 18, 2014

United States District Court
333 Lomas Blvd, NW Suite 270
Albuquerque, NM 87102

no. 15cv131 MCA-KK

Dear Court clerk:

    I placed a certified, Registered package with a Habeas Corpus 1983 to be filed. I did not receive a postal Receipt, the green signature card, and I haven't gotten a case number or anything from this court.

    I suspect my mail was intercepted and never sent to your court. Can you please let me know if you have received any documents from me and the case # if filed.

    Thank you for your help concerning this matter!

Respectfully Yours,
Paul Cain

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 3 2015

**MATTHEW J. DYKMAN**
**CLERK**